UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

MIDLAND/ODESSA DIVISION

FILED
JUN 15 2020
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                DEPUTY

FRANCE FRANCOIS,

   *Plaintff,*

VS                                    Case No. M:18-CV- 00182-DC

HEALTHCARE REVENUE RECOVERY

GROUP, LLC,

   *Defendant.*

### NOTICE OF CHANGE OF ADDRESS

TO THE HONORABLE JUDGE OF SAID COURT:

   The undersigned plaintiff, France Francois files this Notice of Change of Address and requests that the Court's docket in the above-styled cause be updated accordingly.

**My new address is as follows:**

3814 PORTLAND STREET
APT 224
IRVING, TX 75038

                                                                 Respectfully submitted
                                                                 FRANCE FRANCOIS

                                                                  FRANCE FRANCOIS, Pro Se
                                                                  3814 PORTLAND STREET
                                                                  APT 224
                                                                  IRVING, TX 75038

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing has been served on the following, first- class United States mail, prepaid postage, on this 11th day of JUNE 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
200 E. Wall Street, Room 222
Midland, Texas 79711

I hereby certify that a true and correct copy of the forgoing has been served on the following, first- class United States mail, prepaid postage, on this 11th day of JUNE 2020

Keith Wier, for the firm
Maurice Wutcscher LLP
6136 Frisco Square Blvd, Suite 400
Frisco, Texas 75034

ATTN: CM/ECF
United States District Court
Western District of Texas
300 E. Well Street, Room 333
Midland, TX 79701

RECEIVED
JUN 1 5 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

France Francois
3814 Portland Street
Apt 334
Irving, TX 75038

U.S. POSTAGE PAID
FCM LETTER
DALLAS, TX
75261
JUN 11, 20
AMOUNT
$4.10
R2303S101161-12

7019 2970 0000 1973 1932


