UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

MIDLAND/ODESSA DIVISION

FILED

OCT 3 0 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY ___N.T___
DEPUTY

FRANCE FRANCOIS,

   Plaintff ,

VS                         Case No.  M:18-CV- 00182-DC

HEALTHCARE REVENUE RECOVERY

GROUP, LLC,

   Defendant .

## NOTICE OF VOLUNTARY DISMISSAL

TO THE HONORABLE JUDGE OF SAID COURT:

   I am the Plaintiff in this matter and pursuant to Federal Rule of Court Procedure 41(a)2 . I voluntary dismiss this entire case. Provided in paragraph (2) of Federal Rule of Court Procedure 41, defendant has not filed a counter petition or any counterclaims in this matter. Nor has any discovery taken place in this case, defendant's only participation thus far has been an emailed response rejecting the first settlement offer. Plaintiff numerous attempts to mediate this case have stalled. Therefore, Plaintiff files this, Notice of Voluntary Dismissal without prejudice, with each side to bear its own costs and fees. The plaintiff asks that this Court grant a voluntary dismissal of all of his claims against defendant without prejudice in the above-styled lawsuit.

FRANCE FRANCOIS

FRANCE FRANCOIS, Pro Se
3814 PORTLAND STREET
APT 224
IRVING, TX 75038

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the forgoing has been served on the following, first- class United States mail, prepaid postage, on this 28th day of OCTOBER 2020

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
200 E. Wall Street, Room 222
Midland, Texas 79701

I hereby certify that a true and correct copy of the forgoing has been served on the following, first- class United States mail, prepaid postage, on this 28th day of OCTOBER 2020

Keith Wier, for the firm
Maurice Wutcscher LLP
6136 Frisco Square Blvd, Suite 400
Frisco, Texas 75034

OCTOBER 28th, 2020

Dear Honorable Judge David Counts,

Case No. M:18-CV- 00182-DC

I have been unsuccessful with mediation. Defendant has been unwilling to settle. I have reach out to defendant by email with a more forgiving settlement offer on October 22, 2020, but I have yet to hear from defendant. In addition, I have been distress with preparation of this case due to unpredicted covid-19 restriction within the state. I would like to resolve this case but in a manner that would cause the Court the least amount of time and money, so I respectfully pray that the Court grant the notice of voluntary dismissal without prejudice. THANK YOU

FRANCE FRANCOIS, Pro Se

FRANCE FRANCOIS
PO BOX 60192
MIDLAND, TX 79711

France Francois
3814 Portland Street #224
Irving, TX 75038

CERTIFIED MAIL



7019 2970 0002 1973 8467

RECEIVED

OCT 3 0 2020

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____
                    DEPUTY

United States District Court
Western District of Texas
200 E. Wall Street, Room 222
Midland, TX 79701

U.S. POSTAGE PAID
FCM LETTER
DALLAS, TX
75261
OCT 28, 20
AMOUNT
$3.55
R2305K138790-12

79701-520172