# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## MIDLAND/ODESSA DIVISION

| | |
|---|---|
| FRANCE FRANCOIS, § | |
|    *Plaintiff,* § | |
| § | |
| v. § | NO.   MO:18-CV-00182 DC |
| § | |
| HEALTHCARE REVENUE § | |
| RECOVERY, § | |
|    *Defendant.* § | |

## **FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

It is **ORDERED** the above-styled and numbered cause is **DISMISSED WITHOUT PREJUDICE**, pursuant to Fed. R. Civ. P. 41(a)(2) and based upon the Plaintiff's Notice of Voluntary Dismissal (Doc. 27) filed October 30, 2020.

It is **ORDERED** that the claims in this matter are **DISMISSED WITHOUT PREJUDICE.**

It is further **ORDERED** attorney fees, expenses and court costs shall be borne by the party incurring same.

It is further **ORDERED** that all other relief not expressly granted herein is **DENIED**.

It is finally **ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

The Court **VACATES** the Final Pretrial Hearing and Trial Setting, if any.

It is so **ORDERED**.

SIGNED this 3rd day of November, 2020.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE